```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION


ROBERT NEWMAN,                       *

         Petitioner,                 *

vs.                                  *      CASE NO. 4:05-CV-111(CDL)
                                            28 U.S.C. § 2254
TORY HOWERTON, Warden,               *

         Respondent.                 *

                                     *
```

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on December 22, 2005, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 27th day of February, 2006.


                                            S/Clay D. Land
                                                 CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE